**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 09-1531**

_____

LEONA VICTORS (Emenyonu); HOME CARE, INC., a/k/a Leona's
Heart Assisted Living,

              Plaintiffs - Appellants,

     v.

WENDY A. KRONMILLER; JANE WESSELY; BARBARA SHANNON; ED
SADLER,

              Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  J. Frederick Motz, District Judge.
(1:07-cv-02282-JFM)

_____

Submitted:  September 20, 2010    Decided:  October 15, 2010

_____

Before WILKINSON, GREGORY, and SHEDD, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Michael R. Carithers, Jr., Baltimore, Maryland, for Appellants.
Kathleen A. Ellis, Rhonda L. Stout, OFFICE OF THE ATTORNEY
GENERAL OF MARYLAND, Baltimore, Maryland; Dale Barton Garbutt,
Dennis M. Robinson, Jr., WHITEFORD, TAYLOR & PRESTON, LLP,
Baltimore, Maryland, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Leona Victors and Home Care, Inc., appeal the district court's order granting summary judgment in favor of the Defendants on their civil action brought pursuant to 42 U.S.C. §§ 1983 and 1985 (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Victors v. Kronmiller</u>, No. 1:07-cv-02282-JFM (D. Md. April 8, 2009). We grant the motion to waive appendix requirements and we dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>